# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3282
_____

BARRY JAMES WHITE,

Appellant,

v.

FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION
and FLORIDA POWER & LIGHT
COMPANY,

Appellees.

_____

On appeal from an order of the Florida Department of
Environmental Protection.

January 14, 2019

PER CURIAM.

Agreeing that Appellant lacks standing, we grant Appellees'
motion to dismiss, and dismiss the appeal.

MAKAR, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Barry James White, pro se, Appellant.

Jeffrey Brown and Robert A. Williams, Department of Environmental Protection, Tallahassee, for Appellee Florida Department of Environmental Protection; Eric T. Olsen, Gary V. Perko, and Brooke E. Lewis of Hopping Green & Sams, Tallahassee, for Appellee Florida Power & Light.